# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

SHEILA REDDIC,

            Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY,

            Defendant.

2:19-cv-02080-RFB-VCF

**ORDER**

Before the court is the Notice of Withdrawal of Plaintiff's Motion to Compel Discovery (ECF No. 24). Plaintiff states that the parties have reached a settlement agreement in this matter.

Accordingly,

IT IS HEREBY ORDERED that the hearing on the Motion to Compel Discovery (ECF No. 15) scheduled for 10:00 AM, October 28, 2020, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before December 28, 2020.

DATED this 27th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE