LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
sulm@bremerwhyte.com
Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA REDDIC, individually, | Case No. 2:19-CV-02080-RFB-VCF |
| Plaintiff, | **JOINT STATUS REPORT RE: SETTLEMENT** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY; and DOES 1 through 20, | |
| Defendants. | |

Defendant, JAMES RIVER INSURANCE COMPANY, by and through its counsel, Scott W. Ulm, Esq. and Plaintiff, SHEILA REDDIC (collectively hereinafter "The Parties"), by and through her counsel, Valerie Gray, Esq., herby submit the following Joint Status Report:

1. <u>Status of the Action</u>: The Parties have reached a settlement. However, The Parties are currently in active negotiations regarding the language of the settlement release and have diligently exchanged multiple revisions to the settlement release While the current deadline to submit a stipulation and order to dismiss ("SAO") is December 28, 2020, The Parties have been impacted by office closures, staffing changes, and remote work environments, that has led to a disruption of timely submitting a SAO due to the 2019 novel coronavirus disease (COVID-19) as well as multiple holidays. The Parties do not intend to delay the submission of the SAO; but

1256.162  4835-4756-1429.1

rather require a thirty-day (30) extension of time to finalize the language of the settlement release, exchange settlement monies, and submitting a SAO in light of the impact of COVID-19 and multiple holidays.

**JOINTLY SUBMITTED BY:**

| THE BOURASSA LAW GROUP | BREMER WHYTE BROWN & O'MEARA LLP |
|---|---|
| By: /s/ Valerie Gray | By: /s/ Scott W. Ulm |
| Mark J. Bourassa, Esq. | Lucian J. Greco, Jr, Esq. |
| Nevada Bar No. 7999 | Nevada Bar No. 10600 |
| Jennifer A. Fornetti, Esq. | Scott W. Ulm, Esq. |
| Nevada Bar No. 7644 | Nevada Bar No. 12652 |
| Valerie Gray, Esq. | Attorneys for Defendant, |
| Nevada Bar No. 14716 | James River Insurance Company |
| Attorneys for Plaintiff Sheila Reddic | |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 12-28-2020

2

1256.162  4835-4756-1429.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2020, a true and correct copy of **JOINT STATUS REPORT RE: SETTLEMENT** was served upon all parties requesting notice via the United States District Court CM/ECF system.

　　　　　　　　　　　　　　　　　　 /s/ Alexis Robinson
　　　　　　　　　　　　　　　　　Alexis Robinson, an employee of
　　　　　　　　　　　　　　　　　BREMER WHYTE BROWN &
　　　　　　　　　　　　　　　　　O'MEARA, LLP

1256.162  4835-4756-1429.1