LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
sulm@bremerwhyte.com

Attorneys for Defendant
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA REDDIC, individually, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES RIVER INSURANCE COMPANY; and DOES 1 through 20, <br><br> Defendants. | Case No. 2:19-CV-02080-RFB-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SHEILA REDDIC, by and through her attorneys of record, Mark J. Bourassa, Esq., Jennifer A. Fornetti, Esq., and Valerie S. Gray, Esq. of THE BOURASSA LAW GROUP, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Jr., Esq. and Scott W. Ulm, Esq. of Bremer Whyte Brown & O'Meara, LLP, as follow:

   That all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY in the above-captioned matter be dismissed, with prejudice; and

///

///

1256.162  4847-9980-0793.1

That each party shall bear their own fees and costs.

Dated this 27th day of January 2021

THE BOURASSA LAW GROUP

By: /s/ Valerie Gray
Mark J. Bourassa, Esq.
Nevada Bar No. 7999
Jennifer A. Fornetti, Esq.
Nevada Bar No. 7644
Valerie Gray, Esq.
Nevada Bar No. 14716
Attorneys for Plaintiff,
Sheila Reddic

Dated this 27th day of January 2021

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Scott W. Ulm
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Scott W. Ulm, Esq.
Nevada Bar No. 12652
Attorneys for Defendant,
James River Insurance Company

## ORDER

**IT IS SO ORDERED:**

Dated: January 28, 2021.

RICHARD E. BOULWARE, II
United States District Court

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-cv-02080-RFB-VCF was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

/s/ Scott W. Ulm
Lucian J. Greco, Jr. Esq.
Nevada State Bar No. 10600
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Attorneys for Defendant,
James River Insurance Company

1256.162  4847-9980-0793.1